# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **In re:** | |
| **BK RACING, LLC,** | Chapter 11 |
| Debtor. | Case No: 18-30241 |
| **MATTHEW W. SMITH, sole manager for reorganized BK RACING, LLC,** | |
| Plaintiff, | |
| v. | Adversary Proceeding No.: 23-03030 |
| **DARRIN L. PAYNE *et al.*,** | |
| Defendants. | |

## JUDGMENT

THIS MATTER is before the Court upon: (i) the *Complaint* filed in this action on August 30, 2023 (the "Complaint"), [Doc. 1], (ii) defendant BRBRC Irrevocable Trust's answer to the complaint filed on October 30, 2023 (the "Answer"), [Doc. 7], (iii) the Court's *Order Imposing Sanctions, Including Striking the BRBRC Irrevocable Trust's Answer and Entering Default Judgment* entered on September 4, 2025 (the "Order"), [Doc. 130], and (iv) the Motion for Entry of Default Judgment and supporting exhibits filed on December 23, 2025 [Doc. ___]. Based

MWH: 10530.001; 00031678.3

upon the Court's findings and conclusions set out in the Order, the allegations in the Complaint which are deemed admitted, the submissions of the parties, and the record in this case, the Court finds and concludes as follows:

1. On August 30, 2023, plaintiff Matthew W. Smith filed the Complaint in this action. [Doc. 1]. Mr. Smith is serving in a fiduciary capacity as the sole manager for reorganized BK Racing, LLC, pursuant to the terms of the confirmed bankruptcy plan in the bankruptcy case.

2. On October 30, 2023, defendant BRBRC Irrevocable Trust filed its Answer. [Doc. 7].

3. On September 4, 2025, the Court entered the Order which provided that the BRBRC Trust's Answer was stricken, directed Plaintiff to file for entry of default and stated that a default judgment would be entered against BRBRC Trust. *Order*, p. 17, ¶¶ 3, 5 & 6.

4. The Order taxed the BRBRC Irrevocable Trust with the Plaintiff's costs incurred in bringing this action. *Order*, ¶ 4.

5. The damages sought by the Plaintiff in the Complaint are for a sum certain or can be made certain by computation.

6. The damages sought by the Plaintiff in the Complaint total $9,474,991.56.

7. The Plaintiff incurred a $350.00 filing fee associated with filing this adversary proceeding.

Based upon the foregoing, the Court enters judgment as follows:

A. JUDGMENT IS GRANTED in favor of the Plaintiff Matthew W. Smith in his capacity as the sole manager for reorganized BK Racing, LLC on Counts 1-9 of the Complaint and it is hereby ORDERED that Plaintiff shall have and recover judgment against defendant BRBRC Irrevocable Trust in the amount of $9,474,991.56;

MWH: 10530.001; 00031678.3

B. IT IS FURTHER ORDERED that all damages awarded herein to Plaintiff Matthew W. Smith in his capacity as the sole manager for reorganized BK Racing, LLC against defendant BRBRC Irrevocable Trust shall bear interest at the legal rate from the date of the entry of this Judgment;

C. IT IS FURTHER ORDERED that the costs of this action are taxed against defendant BRBRC Irrevocable Trust in the amount of $350.00; and

D. The Court shall retain jurisdiction over the implementation, interpretation, and enforcement of this *Judgment*.

| | |
|---|---|
| *This Order has been signed electronically. The Clerk's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |